

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-15-00426-CR

| | | |
|---|---|---|
| Tina Marie Smith | § | From the 78th District Court |
| | § | of Wichita County (54,854-B) |
| v. | § | April 6, 2017 |
| | § | Opinion by Justice FitzGerald |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   Kerry P. FitzGerald
       Justice Kerry FitzGerald